ORIGINAL

FILED
2008 JUN 10 PM 3: 29
CLERK
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

MELISSA N. ARMSTRONG, ESQ., BAR NO. 213928
SOLOMON, GRINDLE, SILVERMAN & SPINELLA, APC
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500

Attorneys for Plaintiff
BIG OAK GOLF DESIGN, INC., a Georgia corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA [OAKLAND DIVISION]

| | |
|---|---|
| BIG OAK GOLF DESIGN, INC., a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>TIRSO DE UBAGO, an individual and d/b/a/ GOLF AFICIONADO,<br><br>Defendant. | Case No: CV-08-80107-MISC.<br><br>DECLARATION OF ACCRUED INTEREST<br><br>[Rule 69, Fed.R.Civ.P.]<br><br>*No Hearing Required* |

I, Melissa N. Armstrong, hereby declare:

1.  I am an attorney at law licensed to practice before all the Courts in the State of California and an associate with the law firm of Solomon, Grindle, Silverman & Spinella, APC., counsel of record for BIG OAK GOLF DESIGN, INC. (hereafter "Plaintiff").

2.  I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto.

3.  I submit this Declaration of Accrued Interest pursuant to the provisions of Rule 69(a) of the Federal Rules of Civil Procedure,

    ". . . . in proceedings on and in aid of execution shall be in accordance
    with the practice and procedure of the state in which the district court
    is held, existing at the time the remedy is sought, except that any
    statute of the United States governs to the extent that it is applicable."

1

and the provisions of California Code of Civil Procedure §685.010, et seq. as so directed in Rule 69(a), Fed.R.Civ.P.

4. Interest is accruing at the legal rate of 2.04% per annum ($101.06 per diem), from the date of entry of Judgment, February 19, 2008, on the balance due after partial satisfactions and other credits, in the amount of $1,808,116.41.

5. The total accrued interest through June 9, 2008 can be calculated as follows: [$1,808,116.41 x 2.04% = $36,885.57 / 365 days = $101.06 per diem x 111 days (2/19/08-6/9/08) = $11,217.26].

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of June 2008 at San Diego, California.

*Melissa N. Armstrong*
MELISSA N. ARMSTRONG, ESQ.