MELISSA N. ARMSTRONG, ESQ., BAR NO. 213928
SOLOMON, GRINDLE, SILVERMAN & SPINELLA
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500

Attorneys for Creditor
BIG OAK GOLF DESIGN, INC., a Georgia corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA [OAKLAND DIVISION]

| | |
|---|---|
| BIG OAK GOLF DESIGN, INC., a Georgia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TIRSO DE UBAGO, an individual and d/b/a/ GOLF AFICIONADO,<br><br>    Defendant. | Case No: CV-08-80107-MISC.<br><br>REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER<br><br>[Rule 4(c), Fed.R.Civ.P.]<br><br>*No Hearing Required* |

Plaintiff, BIG OAK GOLF DESIGN, INC. pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure requests that KNOX ATTORNEY SERVICE, whose employees are at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

Date: 7/15/08

_____
United States District Court Judge

Respectfully submitted,

SOLOMON, GRINDLE, SILVERMAN
& SPINELLA, A P.C.

By: _____
Melissa N. Armstrong, Esq.
Attorneys for BIG OAK GOLF DESIGN, INC.