UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG OAK GOLF DESIGN,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>TIRSO DE UBAGO,<br><br>　　　　Defendant(s).<br>_____/ | No. C 08-80107 MISC SBA (JCS)<br><br>**NOTICE OF REFERENCE FOR JUDGMENT DEBTOR EXAM AND ANY MOTION SEEKING TURNOVER OF JUDGMENT DEBTOR TIRSO DE UBAGO** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The above matter has been referred to Magistrate Judge Joseph C. Spero on March 30, 2009, for a Judgment Debtor Examination of Defendant Tirso de Ubago, and any Motion Seeking Turnover re: Judgment Debtor Tirso de Ubago.

**LAW AND MOTION PROCEDURES**

　　　　Civil law and motion is heard on Friday mornings at 9:30 a.m., Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. All documents shall be filed at the Clerk's Office in compliance with the Civil Local Rules. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

　　　　Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing. Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order NO. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).

IT IS SO ORDERED.

Dated:  April 1, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge