IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG OAK GOLF DESIGN, INC., | No. C 08-80107-misc-SBA |
|     Judgment Creditor, | **ORDER** |
| v. | |
| TIRSO DE UBAGO, | |
|     Judgment Debtor. | |

On April 20, 2009, Judgment Debtor Tirso deUbago filed a Petition for Relief pursuant to Chapter 7 of Title 11 of the United State Code by the United States Bankruptcy Court for the Northern District of California, in Case No. 09-43243.

The judgment creditor's filing of his petition for bankruptcy under Chapter 7 operates as a stay of this action as to him, pursuant to 11 U.S.C. § 362(a).

IT IS HEREBY ORDERED THAT the above-captioned action is STAYED pending an Order from the Bankruptcy Court. All matters calendared in these actions are VACATED.

IT IS FURTHER ORDERED THAT the parties shall file a joint periodic status report with the Court every ninety (90) days from the date this Order is filed. Each joint periodic status report shall apprise the Court of the status of the Tirso deUbago's bankruptcy proceedings, plaintiff's intentions regarding prosecuting this action, and any other relevant matter. If and when the automatic stay is lifted, the parties shall **immediately** notify the Court of the lifting of the stay and shall inform the Court of their intentions regarding proceeding with this action.

IT IS SO ORDERED.

Dated: 4/27/09

                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge